DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
333 Pine Street, Suite 300
San Francisco, CA 94104-3381
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 51,427

NUNC PRO TUNC 01/04/2008

Attorneys for Plaintiff
NEW CONTENDERS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| NEW CONTENDERS INC., <br><br> Plaintiff, <br><br> vs. <br><br> GRUNIONS INC.; EDWARD J. MILHAUSEN doing business as Grunions, <br><br> Defendants. | CASE NO. 2:96-cv-08834-AAH-VAP <br><br> [~~PROPOSED~~] RENEWAL OF CONSENT JUDGMENT |

    Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

    The Consent Judgment to and against Defendant GRUNIONS INC. dba Grunions, entered on 3/25/98, be and the same is hereby renewed in the amounts as set forth below:

    Renewal of money judgment

| | |
|---|---|
| a. Total judgment | $10,000.00 |
| b. Costs after judgment | $ -0- |
| c. Subtotal (*add a and b*) | $10,000.00 |
| d. Credits after judgment | $ -0- |
| e. subtotal (*subtract d from c*) | $10,000.00 |

RENEWAL OF CONSENT JUDGMENT - CASE NO. 2:96-cv-08834-AAH-VAP      1

|   |   |
|---|---|
| f. Interest after judgment | $ 2,500.00 |
| g. Fee for filing renewal application | $ -0- |
| **h. Total renewed judgment** *(add e, 5, and g)* | $12,500.00 |

DATED: JANUARY 13, 2011       CLERK, by ___*Irene Ramirez*___,
                              Deputy

F:\USERS\DJCNEW\grunions.renewal